■ STATE OF NEW YORK, by ROBERT ABRAMS, as Attorney-General of the State of New York, Appellant, v FOUR SEASONS

·Enterprises, Inc., Respondent.—Order unanimously reversed on the law without costs and petition granted. Same memorandum as in *State of New York v Action Park* (149 AD2d 958). (Appeal from order and judgment of Supreme Court, Niagara County, Mintz, J.—injunction action.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.